1

2

3

4

5

6

7              UNITED STATES DISTRICT COURT

8              CENTRAL DISTRICT OF CALIFORNIA

9

10   ELMER DAVENPORT,                  )        NO.  SACV 13-28-JLS (AGR)
                                        )
11                  Petitioner,         )
                                        )        JUDGMENT
12        v.                            )
                                        )
13   BRENDA CASH, Warden,               )
                                        )
14                  Respondent.         )
     _____)

15

16        Pursuant to the Order Accepting Findings and Recommendation of United

17   States Magistrate Judge,

18        IT IS ADJUDGED that the Petition in this matter is denied and dismissed with

19   prejudice.

20

21   DATED: May 10, 2015              _____
                                          JOSEPHINE L. STATON
22                                        United States District Judge

23

24

25

26

27

28